Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff*
*FoxMind Canada Enterprises Ltd.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOXMIND CANADA ENTERPRISES LTD., <br><br> *Plaintiff* <br><br> v. <br><br> BEIJING HUI XIN ZHI XIANG SHANGMAO YOUXIAN GONGSI, DIRTYPIGS, DONGGUAN JINXIUYUNHUADIANZISHANGWUYOUXIANGONGSI, DONGGUANSHI SUQIANMEI DIANZISHANGWU YOUXIANGONGSI, DONGGUANSHISANGUKEJIYOUXIANGONGSI, FANGNUO HARDWARE PROCESSING SHOP, FOSHAN SHINGHOYUET, GUANGZHOU HUIYUN TRADING, HUANJIANG XINTONG HARDWARE STORE, NINGBO HUAZHIRUI ELECTRONIC COMMERCE, SHEN JINXIAN MAO YIYOUXIAN COMPANY, SHENZHEN FEISISUIKE TECHNOLOGY, SHENZHEN LVPENGCHENG TECHNOLOGY, SHENZHEN XINGHUO DIANZISHANGWUYOUXIANGONGSI, SHENZHEN XUNZHE TECHOLOGY, SHENZHENSHI YUHAITENG KEJI YOUXIANGONGSI, SHENZHENSHIAORUIDIANZISHANGWUYOUX | 22-cv-9383 (JGK) <br><br> ~~[PROPOSED]~~ <br> **UNSEALING ORDER** |

1

| |
|---|
| IANGONGSI, SHENZHENSHIYIJIUMAOYIYOUXIANGONGSI, WUHANXINXUSHENGDIANZISHANGWUYOU XIANGONGSI, YIWEISAI (SHENZHEN) ELECTRONIC, YIWU SHI QINGTONG DIANZISHANGWU CO and ZHANGZHOU YIYE QIANFAN ELECTRONIC COMMERCE, <br><br> *Defendants* |

WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

SIGNED this 30 day of November, 2022, at 7:15 p .m.
New York, New York

HON. JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE