UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FOXMIND CANADA ENTERPRISES LTD.,

                Plaintiff,        22-cv-9383 (JGK)

  - against -                   ORDER

BEIJING HUI XIN ZHI XIANG SHANGMAO
YOUXIAN GONGSI, ET AL.,

                Defendants.

---

On December 13, 2022, the plaintiff in this action filed certificates of service indicating that all remaining defendants had been served on November 23, 2022. ECF Nos. 22-23. Pursuant to Federal Rule of Civil Procedure 12(a)(1), the defendants' answers were due on December 14, 2022. To date, no answers have been filed.

The time for the defendants to answer or otherwise respond to the complaint is extended to **January 20, 2023**. Failure to respond to the complaint by this date could result in a default judgment being entered against the defendants.

SO ORDERED.

Dated:    New York, New York
           December 22, 2022

                                          John G. Koeltl
                                   United States District Judge