```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---
FOXMIND CANADA ENTERPRISES LTD.,

                Plaintiff,

     - against -

BEIJING HUI XIN ZHI XIANG SHANGMAO YOUXIAN GONGSGI, ET AL.,

                Defendants.

22-cv-9383 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

On January 25, 2023, the Clerk issued certificates of default as to the 19 defendants listed in Attachment A to the certificate (the "Defaulting Defendants"). ECF No. 31. On January 28, 2023, the Court issued an order to show cause why a default judgment should not be entered against the Defaulting Defendants. ECF No. 37. The plaintiff served the order to show cause on the Defaulting Defendants on January 30, 2023, and filed proof of service on the docket. ECF No. 38. The time to respond to the order to show cause was February 10, 2023, but to date, the Defaulting Defendants have failed to respond. Accordingly, the plaintiff is entitled to a default judgment against the Defaulting Defendants. The case is referred to the Magistrate Judge for an inquest to determine the appropriate damages to be awarded, as well as any other provisions of an appropriate judgment.

**SO ORDERED.**

Dated:    New York, New York
            February 21, 2023

                                                    John G. Koeltl
                                        United States District Judge