UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FOXMIND CANADA ENTERPRISES LTD.,

          Plaintiff,

- against -

BEIJING HUI XIN ZHI XIANG SHANGMAO YOUXIAN GONGSI, ET AL.,

          Defendants.

22-cv-9383 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The Court withdraws its Order of Reference to the Magistrate Judge for purposes of an inquest after default and damages hearing, ECF No. 41, and will decide the inquest.

SO ORDERED.

Dated:    New York, New York
          February 9, 2024

                                      John G. Koeltl
                                  United States District Judge